## STATE v. HALLIE PARTRIDGE.

(Filed 10 December, 1958.)

APPEAL by defendant from *Hall, J.,* March Criminal Term 1958 of LEE.

This defendant was tried and convicted in the County Criminal Court of Lee County upon a warrant charging that on 30 December 1957 the defendant did unlawfully have in her possession a quantity of alcoholic beverage and intoxicating liquor for the purpose of sale, to wit, 12 pints of taxpaid whiskey, 4 pints of vodka, 1 quart of vodka, and 23 cans of beer. From the verdict and judgment the defendant appealed to the Superior Court of Lee County.

The defendant was tried in the Superior Court upon the original warrant. She entered a plea of not guilty. From the evidence offered by the State the jury returned a verdict of guilty. The court imposed a sentence of 7 months in State Prison in quarters provided for women as authorized by G.S. 148-27.

The defendant appeals, assigning error.

*Attorney General Seawell, Ass't. Attorney General Bruton, for the State.*

*Pittman & Staton, Lowry M. Betts for defendant.*

PER CURIAM. The defendant appeals only from the refusal of the court below to grant her motion for judgment as of nonsuit.

We have carefully considered the evidence adduced in the trial below and in our opinion it was sufficient to carry the case to the jury. Therefore, the ruling of the court below on the motion for judgment as of nonsuit will be upheld.

Affirmed.

PARKER, J., not sitting.